

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00569-CR

Jamie Alysa **VRAZEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2634
Honorable Melisa Skinner, Judge Presiding

**ORDER**

We MODIFY the "Attorney for Defendant" portion of the Order of Deferred Adjudication to replace "Kelly Kay Green" with "John P. Young."  This appeal is DISMISSED pursuant to Texas Rule of Appellate Procedure 25.2(d).  *See* TEX. R. APP. P. 25.2(d), 37.1.

It is so **ORDERED** on October 24, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court